IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY MOORE, DDS,<br>              Plaintiff,<br>v.<br>RORY FELDMAN,<br>              Defendant. | Case No. 2:16-cv-200<br><br>Chief Judge Edmund A. Sargus<br><br>Magistrate Judge Kimberly A. Jolson |

**STIPULATION OF DISMISSAL**

IT IS hereby STIPULATED and AGREED by the Parties, and SO ORDERED by the Court, as follows:

1. This Matter is hereby DISMISSED with PREJUDICE; and

2. Each party shall bear their own attorney's fees, litigation expenses and costs.

3. This Court retain jurisdiction to enforce the parties' settlement agreement.

IT IS SO ORDERED:

Date: July 24, 2017

_____
Edmund A. Sargus, Jr.
Chief United States District Judge

STIPULATED and AGREED:

| | |
|---|---|
| /s/ Diana H. Givand<br>Charles E. Ticknor, III (0042559)<br>Diana H. Givand (0085342)<br>DINSMORE & SHOHL, LLP<br>191 W. Nationwide Boulevard, Suite 300<br>Columbus, Ohio 43215 | /s/ Samir B. Dahman (per authority 7/21/17)<br>Samir B. Dahman (0082647)<br>Kohrman Jackson & Krantz, LLP<br>10 West Broad Street, Suite 1900<br>Columbus, OH 43215<br>*Trial Attorney for Defendant Rory Feldman* |

*Attorneys for Plaintiff Timothy Moore, DDS*

                                              */s/ Jonathan R. Miller (per authority 7/21/17)*
                                              Jonathan R. Miller (*pro hac vice*)
                                              4 Castle Lane
                                              Hopewell, N.J. 08525
                                              *Counsel for Rory Feldman*